# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **HUGHES FAMILY INVESTMENTS LLC, CLIFFORD HUGHES and LINDA HUGHES,** | ) ) ) ) |
| **Plaintiffs,** | ) **CIVIL ACTION FILE NO.:** ) ) **3:25-cv-00157-LMM** |
| vs. | ) ) |
| **OHIO SECURITY INSURANCE COMPANY, a wholly owned subsidiary Of LIBERTY MUTUAL INSURANCE COMPANY,** | ) ) ) ) ) |
| **Defendant.** | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Hughes Family Investments LLC, Clifford Hughes and Linda Hughes, Plaintiffs in the above-styled matter, and hereby dismisses Plaintiffs' Complaint in its entirety with prejudice against Defendant Ohio Security Insurance Company, with each party to bear his or her own costs and fees.

Respectfully submitted this **27th** day of **August 2025**.

| | |
|---|---|
| **WINDY LAW OF GEORGIA, P.C.** | **ISENBERG & HEWITT, P.C.** |
| */s/* R. Brent Curd, Jr. | */s/* Hilary W. Hunter |
| R. Brent Curd, Jr. | Hilary W. Hunter *(by R. Brent* |
| Georgia Bar No. 202240 | *Curd, Jr. w/express permission)* |
| *Attorney for the Plaintiff* | Georgia Bar No. 742696 |

1

400 S.E. 9th Street  
Ft. Lauderdale, FL 33316  
404-334-0744  
pleadings@windylaw.com

*Attorney for the Defendant*  
1200 Altmore Ave., Suite 120  
Sandy Springs, GA 30342  
770-351-4400 – O  
770-828-0100 – F  
hilary@isenberg-hewitt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing ***Stipulation of Voluntary Dismissal With Prejudice*** with the Clerk of Court via CM/ECF, which will automatically serve a true and correct copy of the same upon counsel of record as follows:

Hilary W. Hunter
Isenberg & Hewitt, P.c.
1200 Altmore Avenue, Suite 120
Sandy Springs, GA 30342
hilary@isenberg-hewitt.com

Respectfully submitted this 27th day of August 2025.

              For:  Windy Law of Georgia, P.C.

              */s/* R. Brent Curd, Jr.
              R. Brent Curd, Jr.
              Georgia Bar No. 202240
              *Attorney for the Plaintiffs*

**Windy Law of Georgia, P.C.**
400 S.E. 9th Street
Ft. Lauderdale, FL 33316
404-344-0744
pleadings@windylaw.com